# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

DARRIN THOMPSON, )
)
        Plaintiff, )
vs. ) NO. CIV-14-0390-HE
)
RICHARD STEPHENS, *et al.*, )
)
        Defendants. )

## ORDER

By order entered on June 25, 2014, plaintiff Darrin Thompson was given one last opportunity to complete and file, by July 6, 2014, his application to proceed *in forma pauperis*. As he has not complied with the court's order, the court adopts Magistrate Judge Mitchell's Report and Recommendation and dismisses this action without prejudice.

**IT IS SO ORDERED**.

Dated this 15th day of July, 2014.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE